PROB 12B
(7/93)

# United States District Court
## for the
## Southern District of Mississippi



FILED
APR - 4 2007
J. T. NOBLIN, CLERK
BY_____ DEPUTY

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

Name of Offender: Willie James Pierce, Jr.                     Case Number 3:03cr160HTW-AGN-001

Name of Sentencing Judicial Officer: The Honorable Henry T. Wingate, Chief U.S. District Court Judge

Date of Original Sentence: January 7, 2005

Original Offense: Conspiracy to Possess with Intent to Distribute Marijuana - 21 U.S.C. § 846

Original Sentence: Thirty-nine (39) months custody of the Bureau of Prisons, to be followed by a three (3) year term of supervised release.

Type of Supervision:   Supervised Release            Date Supervision Commenced: June 30, 2006

### PETITIONING THE COURT

[ ]   To extend the term of supervision for _ years, for a total term of _ years.
[X]   To modify the conditions of supervision as follows:

**Willie James Pierce, Jr. shall reside at and participate in the program of a community corrections center for a period of up to six (6) months as approved and directed by the probation officer.**

### CAUSE

On September 25, 2006, Pierce failed to report for a schedule urine drug test. He agreed to twenty-four (24) hours community service work as a sanction but failed to report for community service on October 8, 2006, and November 12, 2006. He submitted urine samples positive for methamphetamine on November 13, 2006, and December 28, 2006.

Reviewed and Approved:                                      Respectfully submitted,

by /s/ Martha S. Gardner                                    by /s/ Chris Counts

Martha S. Gardner, Supervising                              Chris Counts
U.S. Probation Officer                                      U.S. Probation Officer
Date: April 4, 2007                                         Date: April 4, 2007

THE COURT ORDERS:

[ ]   No Action
[X]   The Extension of Supervision as Noted Above
[ ]   The Modification of Conditions as Noted Above
[ ]   Other

/s/ Henry T. Wingate
Signature of Judicial Officer

Date April 4, 2007

PROB 49

# UNITED STATES DISTRICT COURT

## District of Nevada
## and
## Southern District of Mississippi

Waiver of Hearing to Modify Conditions
of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Reside in Residential Reentry Center** - You shall reside at and participate in the program of a community corrections center for a period of up to six (6) months as approved and directed by the probation officer.

Witness _____   Signed _____
U.S. Probation Officer                    Supervised Releasee

January 10, 2007
Date